UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NYU LANGONE HOSPITALS,<br><br>          Plaintiff,<br>    -v-<br><br>ANTHEM, INC. d/b/a EMPIRE BLUE CROSS BLUE SHIELD, *and* AETNA HEALTH INC.,<br><br>          Defendants. | 23 Civ. 7203 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

  Per the Court's email correspondence with counsel, the initial pretrial conference in this case has been moved to **December 12, 2023 at 4 p.m.** All other details (including dial-in information) remain the same as stated in the Court's prior order. Dkt. 9.

  SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: December 11, 2023
    New York, New York