UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

NYU LANGONE HOSPITALS,

                              Plaintiff,

         -v-

ANTHEM, INC. d/b/a EMPIRE BLUE CROSS BLUE SHIELD, *and* AETNA HEALTH INC.,

                             Defendants.

23 Civ. 7203 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court orders defendant Aetna's counsel, by **December 15, 2023, at 5 p.m.**, to file a sworn declaration describing in detail the steps Aetna has taken to confirm the father's medical coverage and the result of any such searches. In particular, the declaration should explain the steps taken to research the policy with the number identified by defendant Anthem's counsel.

      The Court directs counsel, by **December 20, 2023**, to file a joint letter reporting on the status of this case and proposed next steps. If the parties have not reached a settlement in principle, the Court expects the joint letter to include a revised case management plan with an appropriately abbreviated discovery window.

      SO ORDERED.

                                                          *Paul A. Engelmayer*
                                                          PAUL A. ENGELMAYER
                                                          United States District Judge

Dated: December 13, 2023
         New York, New York